IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>    vs.<br><br>ARNALDO L. RODRIGUEZ SANTINI,<br>and REGINA A. RODRIGUEZ,<br><br>               Defendants. | **4:22CR3153**<br><br><br>**ORDER** |

During the conference call held today, defense counsel notified the court that Defendants have not decided whether to enter a plea of guilty or go to trial.

Accordingly,

IT IS ORDERED:

1) As to both defendants, a telephonic conference with counsel will be held before the undersigned magistrate judge at 9:00 a.m. on May 3, 2023 to set either a change of plea date or a trial date and the deadlines for Rule 16 expert disclosures, or further disclosures under Rules 16(a)(1)(G) and/or 16(b)(1)(C) of the Federal Rules of Criminal Procedure. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call. Unless the court states otherwise, Defendants are excused from and need not attend this hearing.

2) As to both defendants, the time between today's date and May 3, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 22, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge