IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNALDO L. RODRIGUEZ SANTINI,<br><br>Defendant. | 4:22CR3153<br><br>**SECOND AMENDED<br>TRIAL SETTING ORDER** |

This matter is before the Court on the defendant's unopposed motion to continue trial. (Filing No. 98.) The Court held a conference with the parties on July 11, 2024 regarding this Motion. Based upon the showing set forth in the Motion, and the comments of counsel on the telephone conference, the Court finds good cause has been shown and that the motion should be granted.

IT IS ORDERED that the Motion to Continue Trial (Filing No. 98) is granted. Accordingly,

1) The jury trial now set for July 22, 2024, is continued to August 26, 2024 before the Honorable Susan M. Bazis, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **8:30 a.m. on August 26, 2024**, United States Courthouse, Lincoln, Nebraska, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial. No further continuances will be granted absent a substantial showing of good cause.

2)     Expert witness disclosures as required under Rule 16 must be served on or before **August 16, 2024**.

3)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 26, 2024**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 11th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge